IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Case Number:4:07CR3107 |
| | ) | |
| MARK DIX, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

    This matter comes before the Court on Defendant's motion to continue the deadline to file pretrial motions. Attorney states that he has discussed this matter with Mark Dix, and that the speedy trial clock would be tolled due to this motion. The United States Attorney does not object to this continuance.

    IT IS ORDERED:

    The motion of Defendant Mark Dix for extension of deadline to file pretrial motions, filing 19, is granted, and the deadline is extended to October 1, 2007.

    Dated this 25th day of September, 2007.

                                                  BY THE COURT

                                                   s/ *David L. Piester*

                                                 David L. Piester
                                                 United States Magistrate Judge