IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:07CR3107 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MARK D. DIX and MARIA B. DIX, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the Plaintiff's Motion to Continue Evidentiary Hearing, filing 30.

IT IS ORDERED,

The Court, being duly advised in the premises, finds that the Motion should be granted. The evidentiary hearing is rescheduled for November 13, 2007 at 9:00 a.m. before the undersigned United States Magistrate Judge, in Courtroom No. 2, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated October 10, 2008.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge