IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 4:07CR3107 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| MARK D. DIX and MARIA B. DIX, | ) |
| | ) |
| Defendants. | ) |

IT IS ORDERED,

1. The order dated October 10, 200<u>8</u>, filing 31, is withdrawn.

2. Defendant's motion to continue evidentiary hearing, filing 30, is granted and the evidentiary hearing is rescheduled from October 31 to November 13, 2007 at 9:00 a.m. before the undersigned United States Magistrate Judge, in Courtroom No. 2, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated October 11, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge