```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3107 |
| v. | ) | |
| | ) | |
| MARK D. DIX and | ) | |
| MARIA B. DIX, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Both defendants have moved for leave to change residences. The government informed the court at the hearing held on November 13, 2007 that it does not object to the proposed change.

IT THEREFORE HEREBY IS ORDERED,

The motions, filings 35 and 37, are granted. Defendants' orders of release are amended accordingly. Defendants shall continue to report to their supervising pretrial services officers as directed by them. The newly assigned pretrial services officer in Nebraska shall continue to monitor the defendants and request an investigation into the suitability of the proposed residence in California. In the event the residence is found not to be suitable, that matter shall be brought before this court.

DATED this 14th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge