IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3107 |
| | ) | |
| V. | ) | |
| | ) | |
| MARK D. DIX and MARIA B. DIX, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Maria Dix's motion for additional time to file an objection (filing 48) and Mark Dix's motion for enlargement of time to file objections (filing 49) are granted.  The defendants are given until January 16, 2008, in which to file objections to the Report, Recommendation and Order.

    December 14, 2007.        BY THE COURT:

                                          *S/Richard G. Kopf*
                                          United States District Judge