IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARK DIX and MARIA DIX, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. The defendants' motions to continue entry of plea (filings 56 and 58) are granted.

2. A hearing on Defendant Mark Dix's anticipated plea of guilty is rescheduled before United States District Judge Richard Kopf to Thursday, March 13, 2008 at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

3. A hearing on Defendant Maria Dix's anticipated plea of guilty is rescheduled before United States District Judge Richard Kopf to Thursday, March 13, 2008 at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

4. For these defendants, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

February 6, 2008.                                BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge