IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3107-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARK D. DIX, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has pleaded guilty and has withdrawn the motion to suppress. Therefore,

IT IS ORDERED that the motion to suppress (filing 24) and the report and recommendation (filing 47) are denied as moot.

March 13, 2008.                                    BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge