IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3107-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARK D. DIX, | ) | |
| | ) | |
| Defendant. | ) | |

The government has agreed that the defendant's bond money should be returned to the party who posted it. I agree that the conditions of release should be so amended. Accordingly,

IT IS ORDERED that:

(1) The Clerk of the Court shall refund the bond money to the party who deposited it.

(2) The order setting conditions of release is amended to strike the requirement that the defendant post a percentage of the bond in cash.

(3) The defendant's motion to modify conditions of release (filing 62) is granted.

March 13, 2008.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge