IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARK DIX and MARIA DIX, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of an objection to tentative findings submitted by Maria Dix. I am also in receipt of a motion to join evidentiary hearing filed by Mark Dix. After consideration of the foregoing,

IT IS ORDERED that:

(1) A 2.5 hour consolidated evidentiary hearing is scheduled in this case, with sentencing to follow, from 10:30 a.m.-1:00 p.m., on Thursday, May 29, 2008, at which time all parties and their counsel shall be present.

(2) The court notes that in paragraph 2 of its tentative findings (filing 86) it recognized that there was a motion for departure or variance, and to the extent the introduction to the tentative findings indicated that there were no motions for departure or variance, the introduction was in error.

May 27, 2008.                        BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge